# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                                 Date: April 9, 2019

**BEFORE HONORABLE TIMOTHY S. HILLMAN**            CR NO. 16-282 (TSH)

COURTROOM DEPUTY: Omar Flaquer-Mendoza

COURT REPORTER: Amy Walker

COURT INTERPRETERS: Ani Navarro and Mary Jo Smith

================================================================

UNITED STATES OF AMERICA

Plaintiffs,

v.

18. ANIBAL MIRANDA-MONTANEZ
19. FREDDIE SANCHEZ-MARTINEZ
22. JOSE J. FOLCH-COLON
47. JOSE R. ANDINO-MORALES

Defendants.

<u>Attorneys present</u>:
AUSA Victor O. Acevedo
AUSA Alexander L. Alum

Victor A. Ramos-Rodriguez
Juan F. Matos-De Juan
Laura Maldonado-Rodriguez
David Ramos-Pagan

================================================================

TENTH DAY OF JURY TRIAL.

The defendants were present in court, under the custody of the U.S. Marshals, and assisted by certified court interpreter.

The Courtroom was opened to the public, family members and friends of the defendants.

Charge Conference held in open court away from the jury. The United States, counsel and the defendants were present.

Counsel Ramos-Rodriguez on behalf of co-defendant Miranda-Montañez informed that he will be presenting a witness. Counsel Matos-De Juan, Maldonado Rodriguez, and Ramos-Pagan rested on behalf of their clients.

The following persons presented testimony on behalf of co-defendant Miranda-Montañez.

1. Eric G. Rivera-Murillo. Direct examination held. The witness was cross examined by the United States.

Counsel Ramos-Rodriguez on behalf of co-defendant Miranda-Martinez rest. Side bar held. Defendants renewed the Rule 29 motions.

Parties presented their respective closing arguments.

The Court read the instructions to the jury. Objections presented by the defense to the jury instructions. Additional instructions requested by the defense to be added. Jury Verdicts preliminary discussed. Objections presented by the defense and the United States.

Counsel Maldonado-Rodriguez on behalf of co-defendant Folch-Colon (22) made a motion for mistrial. The United States replied in opposition.

Further Jury trial set for April 10, 2019 at 8:30 a.m. in Courtroom No. 3, Hato Rey Courthouse before U.S. District Judge Timothy S. Hillman for further discussions of the jury instructions, and verdict forms.

S/ Omar Flaquer-Mendoza
Omar Flaquer-Mendoza
Case Manager/Courtroom Deputy Clerk