# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MINUTES OF PROCEEDINGS** | Date: April 10, 2019 |
| **BEFORE HONORABLE TIMOTHY S. HILLMAN** | CR NO. 16-282 (TSH) |

COURTROOM DEPUTY: Omar Flaquer-Mendoza

COURT REPORTER: Amy Walker

COURT INTERPRETERS: Ani Navarro and Mary Jo Smith

==============================================================================

| | Attorneys present: |
|---|---|
| UNITED STATES OF AMERICA | AUSA Victor O. Acevedo |
| | AUSA Alexander L. Alum |
| Plaintiffs, | |
| v. | |
| 18. ANIBAL MIRANDA-MONTANEZ | Victor A. Ramos-Rodriguez |
| 19. FREDDIE SANCHEZ-MARTINEZ | Juan F. Matos-De Juan |
| 22. JOSE J. FOLCH-COLON | Laura Maldonado-Rodriguez |
| 47. JOSE R. ANDINO-MORALES | David Ramos-Pagan |
| Defendants. | |

==============================================================================

11th DAY OF JURY TRIAL.

The defendants were present in court, under the custody of the U.S. Marshals, and assisted by certified court interpreter.

The Courtroom was opened to the public, family members and friends of the defendants.

Further instructions given to the jury. The Court explained the verdict forms to the members of the jury. At 9:35 a.m. the Jury was excused to begin the deliberations process.

1

Deputy Marshal, and Court Security Officer were sworn in.

Objections by the defense as to the jury verdict forms.

At 10:06 a.m. the Court received a note, marked as Jury Note no. 2. The United States and the defense were allowed to reviewed Jury Note no. 2. At 10:30 a.m. the jury was brought to the courtroom, and without objection, the Court instructed the Jury as to the petition made a Jury Note no. 2. Counsel Maldonado-Rodriguez was allowed to appear by telephone.

At 4:09 p.m. the Court received a note, marked as Jury Note No. 3. At 4:17 p.m. the jury was brought to the courtroom. Request made a Jury Note no. 3 was granted. The Jury was excused until tomorrow to continue the deliberation process. The Court instructed the Jury accordingly. All parties were excused at 4:19 p.m.

Further Jury trial set for April 11, 2019 at 9:00 a.m. in Courtroom No. 3, Hato Rey Courthouse before U.S. District Judge Timothy S. Hillman for further deliberations.

S/ Omar Flaquer-Mendoza
Omar Flaquer-Mendoza
Case Manager/Courtroom Deputy Clerk